STATE of Missouri, Respondent,

v.

Nellie BROWN, Appellant.

No. WD 42509.

Missouri Court of Appeals,
Western District.

July 17, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 28, 1990.

Application to Transfer Denied
Oct. 16, 1990.

Nellie Brown, Jefferson City, pro se.

William L. Webster, Atty. Gen., John P.
Pollard, Asst. Atty. Gen., Jefferson City,
for respondent.

Before MANFORD, P.J., and
KENNEDY and ULRICH, JJ.

ORDER

PER CURIAM:

Direct appeal from a conviction under
§ 570.120, RSMo 1986 after a plea of
guilty.

Appeal dismissed.   Rule 30.25(b).